JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOTERIA ENCRYPTION, LLC,<br><br>      Plaintiff,<br>  v.<br><br>APRICORN, INC., a/k/a/ APRICORN CO.,<br><br>      Defendant.<br>Case No.: CV 16-7948-GW-JPR<br><br>SOTERIA ENCRYPTION, LLC,<br><br>      Plaintiff,<br>  v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>      Defendant.<br>Case No.: CV 16-7958-GW-JPR | Case No. **CV 16-7948-GW-JPR**<br><br>Consolidated with:<br>CV 16-7958-GW-JPR<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO Fed.R.Civ.P. 41(a)(ii)** |

| | |
|---|---|
| 1 | Pursuant to stipulation of the parties in accordance with Rule 41(a)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed in its entirety with prejudice with each side to bear its own costs and expenses relating to this litigation (including attorney fees, expert fees and expenses). The Court shall retain jurisdiction over the parties as to any dispute arising from their agreement resolving this matter. |

IT IS SO ORDERED.

Dated: September 14, 2018

_____
George H. Wu
United States District Judge